# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

Robert N. Trgovich, Clerk                             www.innd.uscourts.gov

April 7, 2015

Clerk, U.S. District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

RE:
- Name of Defendant: Anthony Deangelo Willis
- Our Case Number: 2:07CR144
- Your Case Number: 15CR170

**FILED**

APR 7 2015 YM

APR 7 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Clerk:

**Initial Transfer Out**

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return a certified original to this office after jurisdiction accepted. Upon receipt, we will forward certified copies of the pertinent documents to you, or advise you how you may obtain them.

**Final Transfer Out**

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the Northern District of Indiana to your District, charging document, Judgment & Commitment Order, and Docket Sheet.

**Transfer In**

☐ Enclosed please find Probation Form 22 (certified) indicating that our court has accepted jurisdiction. Please forward certified a Financial Case Ledger and copies of the charging document (complaint/ indictment), Judgment & Commitment Order, Docket Sheet <u>or</u> advise us if these documents are accessible via pacer.

Sincerely,

ROBERT N. TRGOVICH, CLERK

By: s/T. Castillo

TERMED

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00144-JTM-PRC-1

Case title: United States of America v. Willis
Other court case number: 15CR170 NDIL
Magistrate judge case number: 2:07-mj-00120-PRC

Date Filed: 10/17/2007
Date Terminated: 07/17/2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.

ROBERT N. TROVICH, CLERK

By /s/ Teresa Castillo, Deputy Clerk

Date: 4/7/2015

15CR170

Assigned to: Senior Judge James T Moody
Referred to: Magistrate Judge Paul R Cherry

### Defendant (1)

**Anthony Deangelo Willis**
*TERMINATED: 07/17/2008*

represented by **Kerry C Connor – FCD**
Federal Community Defenders Inc – Ham/IN
Northern District of Indiana
31 Sibley Street
Hammond, IN 46320
219-937-8020
Fax: 219-937-8021
Email: kerry_connor@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE (1) | The defendant committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 24 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. The defendant shall comply with the standard conditions of supervision and the additional special conditions, as indicated, to include obtaining his GED within the first year of supervision. Special Assessment $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

1

None

**Highest Offense Level**
**(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) KNOWINGLY AND INTENTIONALLY POSSESS WITH INTENT TO DISTRIBUTE COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE | |

**Plaintiff**

| **United States of America** | represented by | **Jacqueline L Jacobs** – AUSA<br>US Attorney's Office – Ham/IN<br>5400 Federal Plaza Suite 1500<br>Hammond, IN 46320<br>219-937-5634<br>Fax: 219-852-2770<br>Email: jacky.jacobs@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/26/2007 | 1 | | COMPLAINT as to Anthony Deangelo Willis (1). (rmn) [2:07-mj-00120-PRC] (Entered: 09/27/2007) |
| 10/17/2007 | 3 | 6 | SEALED INDICTMENT as to Anthony Deangelo Willis (1) count(s) 1. (sda) Additional attachment(s) added on 11/1/2007 (tlr). (Entered: 10/18/2007) |
| 11/01/2007 | | | Case unsealed as to Anthony Deangelo Willis (smb) (Entered: 11/01/2007) |
| 11/01/2007 | | | Arrest of Anthony Deangelo Willis (smb) (Entered: 11/01/2007) |
| 11/01/2007 | 5 | | NOTICE OF HEARING as to Anthony Deangelo Willis. Initial Appearance set for 11/1/2007 01:30 PM in Hammond before Magistrate Judge Paul R Cherry. (smb) (Entered: 11/01/2007) |
| 11/01/2007 | 6 | | Arrest Warrant Returned Executed on 11/1/07 in case as to Anthony Deangelo Willis. (sda) (Entered: 11/01/2007) |
| 11/01/2007 | 7 | | INITIAL APPEARANCE as to Anthony Deangelo Willis held on 11/1/2007 before Judge Paul R Cherry. Govt appeared by AUSA N Padilla. Dft appeared w/out cnsl. J Navarra appeared on behalf of U S Probation/Pretrial Services. Defend adv rights, charges, penalties. Defend rqst appt of cnsl-granted. Clerk directed to notify FCD Office for apt cnsl. Detention Hearing & Arraignment set for 11/6/2007 01:30 PM in Hammond before Magistrate Judge Paul R Cherry. Defend ordered into temporary detention; remanded custody USM. |

| | | | |
|---|---|---|---|
| | | | (Tape #FTR.) (smb) (Entered: 11/02/2007) |
| 11/02/2007 | 8 | | ATTORNEY APPEARANCE: Kerry C Connor – FCD appearing for Anthony Deangelo Willis (Connor – FCD, Kerry) (Entered: 11/02/2007) |
| 11/06/2007 | 9 | | Scheduled for Detention Hearing & Arraignment as to Anthony Deangelo Willis held on 11/6/2007 before Judge Paul R Cherry. Govt appeared by AUSA J Jacobs. Dft appeared in person and by atty K Connor. J Navarra appeared on behalf of U S Pretrial Services. Defense unopposed oral motion to continue is Granted. Arraignment reset for 11/8/2007 10:00 AM in Hammond before Magistrate Judge Paul R Cherry. Detention Hearing reset for 11/8/2007 10:00 AM in Hammond before Magistrate Judge Paul R Cherry. Defend remanded USM. (Tape #FTR.) (smb) (Entered: 11/06/2007) |
| 11/08/2007 | 10 | | Scheduled for Detention Hearing & Arraignment as to Anthony Deangelo Willis 11/8/2007 before Judge Paul R Cherry. Govt appeared by AUSA J Jacobs. Atty K Connor present. Defend Anthony Deangelo Willis not present. J Navarra appeared on behalf of U S Pretrial Services. The US Marshal Services advises the Court that the Defend refused to come to Court and was not delivered for Court by Lake County Jail personnel. Defense cnsl informs the Court of a teleph call received by her office from the Defend stating he was not picked up for Court. Arraignment & Detention Hearing RESET for 11/9/2007 10:00 AM in Hammond before Magistrate Judge Paul R Cherry. USM Ordered to produce the Defendant. (Tape #FTR.) (smb) (Entered: 11/08/2007) |
| 11/09/2007 | 11 | | ARRAIGNMENT as to Anthony Deangelo Willis (1) Count 1 held on 11/9/2007, DETENTION HEARING as to Anthony Deangelo Willis held on 11/9/2007 before Judge Paul R Cherry. Govt appeared by AUSA J Jacobs. Dft appeared in person and by atty K Connor. J Navarra appeared on behalf of U S Pretrial Services. Defend enters Not Guilty plea. Plea Agreement due by 12/31/2007. Pretrial Motions due by 12/10/2007 to be extended otherwise only by written motion/order. Jury Trial set for 1/7/2008 09:00 AM in Hammond before Senior Judge James T Moody. Final Pretrial Conference set for 12/27/2008 09:30 AM in Hammond before Magistrate Judge Paul R Cherry. Govt presents evidence on detention by way of proffer. Defense presents evidence–Exhib 1–6 admitted. Defense request for release on bond w/home detention or elect monitoring is denied. Defend Ordered held without bond pending trial. Defend remanded custody USM. (Tape #FTR.) (smb) (Entered: 11/14/2007) |
| 11/09/2007 | 12 | | ORDER OF DETENTION as to Anthony Deangelo Willis. Signed by Judge Paul R Cherry on 11/9/2007. (smb) (Entered: 11/14/2007) |
| 11/09/2007 | 13 | | RETURN OF DEFENSE EXHIBITS 1–6 as to Anthony Deangelo Willis to Kerry Connor. (smb) (Entered: 11/14/2007) |
| 12/27/2007 | 14 | | MOTION to Continue *Trial, Pre-Trial Conference and Deadline for Pre-Trial Motions* by Anthony Deangelo Willis. (Connor – FCD, Kerry) (Entered: 12/27/2007) |
| 01/03/2008 | 15 | | ORDER GRANTING Defendant's 14 Motion to Continue Trial, Pre-Trial Conference and Deadline for Pre-Trial Motions as to Anthony Deangelo Willis (1). Plea Agreement due by 3/31/2008. Pretrial Motions due by 3/7/2008. Jury Trial set for 4/7/2008 09:00 AM in Hammond before Senior Judge James T Moody. Final Pretrial Conference set for 3/28/2008 09:00 AM in Hammond |

3

| | | | |
|---|---|---|---|
| | | | before Magistrate Judge Paul R Cherry. Signed by Judge Paul R Cherry on 1/3/08. (sda) (Entered: 01/04/2008) |
| 03/24/2008 | 16 | | NOTICE RESET OF HEARING as to Anthony Deangelo Willis. Final Pretrial Conference reset from 3/28/2008 09:00 AM to 3/31/2008 02:30 PM in Hammond before Magistrate Judge Paul R Cherry. If a plea agreement is filed in advance the Final PTC will automatically be deemed cancelled.(smb) (Entered: 03/24/2008) |
| 03/31/2008 | 17 | | PLEA AGREEMENT as to Anthony Deangelo Willis (Jacobs – AUSA, Jacqueline) (Entered: 03/31/2008) |
| 03/31/2008 | 18 | | NOTICE OF HEARING as to Anthony Deangelo Willis: Change of Plea Hearing set for 4/3/2008 at 10:15 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 03/31/2008) |
| 04/03/2008 | 19 | | CHANGE OF PLEA HEARING as to Anthony Deangelo Willis held on 4/3/2008 before Senior Judge James T Moody. Govt appeared by atty Jacky Jacobs. Dft appeared by atty Kerry Connor. Tonika Cooper appeared on behalf of U S Probation/Pretrial Services. Plea entered by Anthony Deangelo Willis (1): Guilty as to Count 1. The Court accepts the guilty plea and the defendant is adjudged guilty of the offense charged in Count 1 of the Indictment. This matter is referred to the U.S. Probation Office to prepare the Presentence Investigation Report. The Court delays its decision on acceptance/rejection of the plea agreement until sentencing. The Court will set the disposition date for sentencing under a separate notice. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter Stacy Drohosky) (efc) (Entered: 04/03/2008) |
| 04/18/2008 | 20 | | NOTICE OF HEARING as to Anthony Deangelo Willis: Sentencing set for 7/17/2008 at 10:30 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 04/18/2008) |
| 07/17/2008 | 21 | | SENTENCING held on 7/17/2008 for Anthony Deangelo Willis (1) before Senior Judge James T Moody. Govt appeared by atty Jacky Jacobs. Dft appeared by atty Kerry Connor. Tonika Cooper appeared on behalf of U S Probation/Pretrial Services. The Court accepts the plea agreement. Count(s) 1: The defendant committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 24 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. The defendant shall comply with the standard conditions of supervision and the additional special conditions, as indicated, to include obtaining his GED within the first year of supervision. Special Assessment $100.00. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter Vickie Dudeck) (efc) (Entered: 07/17/2008) |
| 07/17/2008 | 22 | 7 | JUDGMENT as to Anthony Deangelo Willis (1). Signed by Senior Judge James T Moody on 7/17/08. (efc) (Entered: 07/17/2008) |
| 03/18/2015 | 23 | | PROBATION FILING as to **Anthony Deangelo Willis**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (calexander, ) (Entered: 03/18/2015) |

| | | | |
|---|---|---|---|
| 03/27/2015 | 24 | | TRANSFER OF JURISDICTION ORDER as to Anthony Deangelo Willis awaiting acceptance of receiving court. Signed by Senior Judge James T Moody on 3/27/15. (mc) (Entered: 03/27/2015) |
| 03/27/2015 | 25 | | Initial Transfer Out Letter from USDC ND Indiana to Clerk, USDC ND Illinois (mc) (Entered: 03/27/2015) |
| 04/07/2015 | 26 | 11 | Jurisdiction Transferred to USDC NDIL as to Anthony Deangelo Willis. (tc) (Entered: 04/07/2015) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2007 OCT 17 PM 4:08

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cause No. 2:07CR144 JM |
| v. ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| ANTHONY DEANGELO WILLIS ) | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.
ROBERT N. TRGOVICH, CLERK
By /s/ Teresa Castillo, Deputy Clerk
Date: 4/7/2015

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about September 24, 2007, in the Northern District of Indiana and elsewhere,

**ANTHONY DEANGELO WILLIS,**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

DAVID CAPP
ACTING UNITED STATES ATTORNEY

By: _____
Jacqueline L. Jacobs
Assistant United States Attorney

6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.

ROBERT N. TROJNICH, CLERK

By /s/ Teresa Castillo, Deputy Clerk

Date: 4/7/2015

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on
or After November 1, 1987)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 15CR170 |
| v. ) | Cause No. 2:07 CR 144 |
| ) | |
| ANTHONY DEANGELO WILLIS, ) | USM No.: 09459-027 |
| ) | |
| Defendant ) | Kerry C. Connor, Attorney for Defendant |

THE DEFENDANT pleaded guilty to Count 1 of the Indictment. Accordingly, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| Title 21, § 841 (a)(1) | Possession with Intent to Distribute Cocaine | September 24, 2007 | 1 |

Defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, mailing address, or material change in the defendant's economic circumstances until the special assessment imposed by this judgment is fully paid.

July 17, 2008
Date of Imposition of Judgment

/S/ James T. Moody
James T. Moody, Judge
United States District Court

July 17, 2008
Date Signed

7

**Defendant: Anthony Deangelo Willis**      Judgment - Page 2
**Cause No.: 2:07 CR 144**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Twenty-four (24) months.

The defendant is remanded to the custody of the United States Marshal

## RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

                            _____
                            United States Marshal

                By:_____
                            Deputy Marshal

**Defendant: Anthony Deangelo Willis**        Judgment - Page 3
**Cause No.: 2:07 CR 144**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years and within 72 hours of release from the custody of the United States Bureau of Prisons, the defendant shall report to the probation office in the district to which the defendant is released.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release, the defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall refrain from any unlawful use of a controlled substance, shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter, as determined by the probation officer, shall cooperate in the collection of DNA as directed by the probation officer, shall participate in a general equivalency degree (GED) preparation course and obtain his GED within the first year of supervision and shall comply with the following standard conditions previously adopted by this Court:

1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the Court or Probation Officer;
2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month;
3) The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer;
4) The defendant shall support his dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer;
10) The defendant shall permit a Probation Officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the Probation Officer;

9

**Defendant: Anthony Deangelo Willis**                        **Judgment - Page 4**
**Cause No.: 2:07 CR 144**

11) The defendant shall notify the Probation Officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) The defendant shall pay any special assessment imposed; and

15) The defendant shall notify the probation officer of any material change in his economic circumstances that might affect his ability to pay any unpaid special assessment.

In addition, the defendant shall comply with the following special conditions:

1) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon;

2) The defendant shall participate in a drug abuse and mental health treatment program under a co-payment plan which may include testing for the detection of drugs of abuse at the direction and discretion of the probation officer. The defendant shall participate in a co-payment program to offset the cost of treatment. The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the probation officer's sliding scale for monthly co-payment; and

3) While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in standard condition #7.

### FINE

The Court is imposing no fine because of defendant's inability to pay.

### SPECIAL ASSESSMENT

The defendant must pay to the United States a special assessment of $ 100.00 which shall be due and payable immediately to the Clerk of this Court.



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

THOMAS G. BRUTON

312-435-5698

April 6, 2015

\- FILED -

APR 07 2015

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Indiana Northern District Court
United States Courthouse
5400 Federal Plaza, Suite 2300
Hammond, IN 46320

Re:   USA vs. Anthony DeAngelo Willis
      Our case number: 15 CR 170

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Anthony DeAngelo Willis, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Thomas G. Bruton
Clerk
/sYvette Montanez

Deputy Clerk

Enclosure

11

**15CR 170**

**JUDGE DARRAH**

| DNN - PROB 22 Rev. 03/04 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0755 2:07CR00144-1 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 15CR170 |

MAGISTRATE JUDGE SCHENKIER

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony DeAngelo Willis | Northern District Of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | James T. Moody | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/19/2009 | TO 12/14/2017 |

| OFFENSE |
|---|
| CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE |

FILED
APR - 3 2015
APR 3 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern District Of Indiana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

S/James T. Moody

___March 27, 2015___        _____
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN___ DISTRICT OF ___ILLINOIS___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY [signature]
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
DATE: 4/6/2015

___4/1/15___        [signature]
Effective Date       United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.

ROBERT N. TRGOVICH, CLERK
By /s/ Teresa Castillo, Deputy Clerk
Date: 4/7/2015

12